# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN EDWARD VELASQUEZ,
              Appellant,
      vs.
THE STATE OF NEVADA,
              Respondent.

No. 71573

FILED

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a postconviction motion to withdraw a guilty plea. Tenth Judicial District Court, Churchill County; Robert E. Estes, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c); *see also Edwards v. State*, 112 Nev. 704, 918 P.2d 321 (1996). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-36549

cc:     Chief Judge, The Tenth Judicial District
        Hon. Robert E. Estes, Senior Judge
        Bryan Edward Velasquez
        Attorney General/Carson City
        Churchill County District Attorney/Fallon
        Churchill County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A